IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-40102
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                              Plaintiff-Appellee,

versus

SANTIAGO SOSA-RAMIREZ, also known as Gregorio
Villegas-Cruz, also known as Jesus Perez-Villegas,

                                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-99-CR-329-1
--------------------
August 22, 2000

Before KING, Chief Judge, and POLITZ and WIENER, Circuit Judges.

PER CURIAM:[*]

     The Assistant Federal Public Defender appointed to represent Santiago Sosa-Ramirez has filed a motion to withdraw and a brief as required by Anders v. California, 386 U.S. 738 (1967).  Sosa-Ramirez has not filed a response.

     Our independent review of the brief and the appellate record discloses no nonfrivolous issue.  Accordingly, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  See 5TH CIR. R. 42.2.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.